**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 144 EAL 2014
:
               Respondent     : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
          v.             :
:
:
:
NELSON VAZQUEZ,        :
:
               Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.